> **Motion DENIED.**
> This the 27th day of January, 2014.
> /s/Louise W. Flanagan, U.S. District Judge

The United States District Court
For The Eastern District of North Carolina
Southern Division
No. 5:08-CR-217-FL-1

| | |
|---|---|
| Ray Dallas #51359-056 | Motion To Transfer Proceeding, FEES or Costs |
| v. | |
| United States of America | FED. R. CRIM. P. 21 (a) |

I am comeing to the courts of the Eastern District of North Carolina as a Federal Indigent Inmate. I am sending These Motion for all of my transcripts, Rule 11 and Sentence Transcripts on my case.

Docket Number: 5:08-CR-217-FL-1

This 23 day of January 2014

Probono:
Attorey:

Joshua W. Willey, Jr
Attorey for Defendant
Mills + Willey
Attory A Law
201 Broad Street · P.O. Drawer 1638
New Bern, North Carolina 28563